**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:10-cv-02414-MSK -MEH**

Jared McGregor,
    Plaintiff

v.

Creditors Financial Group, LLC,
    Defendant
_____

**NOTICE OF SETTLEMENT**

_____

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and file a Joint Stipulation to Dismiss this matter. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendants comply with the terms of this settlement in a timely manner.

                                    **Respectfully submitted,**

**November 2, 2010**                **/s/ Craig Ehrlich**
                                    **Craig Ehrlich**
                                    **Attorney for Plaintiff**

Filed electronically on this 2nd day of November, 2010 with:

United States District Court CM/ECF system


By: s/Jessica DeCandia
    Jessica DeCandia