IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02414-MSK-MEH

JARED MCGREGOR,

      Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2010.**

      In light of the notice of settlement in this matter, the Scheduling Conference set for December 27, 2010, at 9:30 a.m. is **vacated**.  The parties shall file dismissal papers with the Court on or before November 22, 2010.