# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**COURT FILE NO.: 1:10-cv-02414-MSK -MEH**

Jared McGregor,
    Plaintiffs

v.

Creditors Financial Group, LLC,
    Defendant

_____

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Colorado, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

        **Respectfully submitted,**

November 18, 2010        **/s/ Craig Ehrlich**
        Craig Ehrlich
        Weisberg & Meyers LLC
        **5025 N. Central Ave., #602**
        **Phoenix, AZ 85012**
        **Telephone: (602) 445 9819**
        **Cehrilch@AttorneysForConsumers.com**

Filed electronically on this 18th day of November, 2010, with:

United States District Court CM/ECF system


By: s/Jessica DeCandia
    Jessica DeCandia